IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MATRYNE DEWITT VAIL                                    PLAINTIFF

v.                          No. 3:18-cv-207-DPM

MIKE ALLEN and RON COLEMAN                             DEFENDANTS

## JUDGMENT

Vail's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 January 2019